UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LARS ERIKSSON,

        Plaintiff,

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

        Defendant.

Civil Action No. 1:23-cv-00580-CPO

**Electronically Filed**

## JUDGMENT ORDER

AND NOW, this 26th day of January, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
HON. CHRISTINE P. O'HEARN
United States District Court Judge